# United States District Court

**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 5:08CR3 |
| | § | |
| JOSE MARTINEZ-RAMIREZ | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Caroline M. Craven regarding Defendants' plea of guilty to Count 1 of an Indictment in violation of Title 42, USC, Section 408(a)(7)(B), False Use of Social Security Account. Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Magistrate Judge recommends that the Court accept the guilty plea of the Defendant. Objections to the Findings of Fact and Recommendation have been waived by all parties. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed February 8, 2008, are hereby ADOPTED.

It is further ORDERED that, pursuant to Defendant's plea agreement, the Court finds Defendant GUILTY of Count 1 of the Indictment in the above-numbered cause.

**SIGNED this 11th day of February, 2008.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE